1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFONSO LUIS GARZA,

                    Petitioner,

          v.

MICHELLE SCRAY BROWN,

                    Respondent.

Case No. CV 13-4800 CJC(JC)

ORDER ACCEPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

          Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Third
Amended Petition for Writ of Habeas Corpus by a Person in State Custody
("Petition") and all of the records herein, including the March 9, 2017 Report and
Recommendation of United States Magistrate Judge ("Report and
Recommendation").  The Court approves and accepts the Report and
Recommendation.

          IT IS ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2 Report and Recommendation, and the Judgment herein on petitioner and counsel

3 for respondent.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6 DATED: March 31, 2017

7

8 _____

9 HONORABLE CORMAC J. CARNEY
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28