JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALFONSO LUIS GARZA,

                Petitioner,

      v.

MICHELLE SCRAY BROWN,

              Respondent.

Case No. CV 13-4800 CJC(JC)

JUDGMENT

      Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the operative Third Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

      DATED: March 31, 2017

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE